## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Geraldine A. Temple<br>        Richard E. Temple<br>                    Debtors | CHAPTER 13 |
| BANK OF AMERICA, N.A., its successors and/or assigns<br>                    Moving Party<br>        vs.<br>Geraldine A. Temple<br>Richard E. Temple<br>                    Debtors<br>William C. Miller Esq.<br>                    Trustee | NO. 15-17688 AMC<br><br>11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of BANK OF AMERICA, N.A., which was filed with the Court on or about **1/15/2016**.

Respectfully submitted,

**/s/ Joshua I. Goldman, Esquire**
Joshua I. Goldman, Esquire
Attorneys for Movant/Applicant
KML Law Group, P.C.
Main Number: (215) 627-1322

July 27, 2016