IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>RICHARD E. TEMPLE and<br>GERALDINE A. TEMPLE,<br><br>Debtors | Chapter 13<br><br>Case No. 15-17688 (AMC) |

**PRAECIPE TO WITHDRAW**
**OBJECTIONS OF FRANKLIN MINT FEDERAL CREDIT UNION**
**TO CONFIRMATION OF CHAPTER 13 PLANS**

TO THE CLERK:

Kindly withdraw the Objections of Franklin Mint Federal Credit Union to Confirmation of the (i) Chapter 13 Plan filed at Docket No. 23; and (ii) First Amended Chapter 13 Plan filed at Docket No. 35.

KLEHR | HARRISON | HARVEY | BRANZBURG LLP

By:   /s/ Corinne Samler Brennan
Corinne Samler Brennan, Esquire
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-3393

Dated: August 2, 2016

PHIL1 5597770v.1