# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-17688-AMC

RICHARD E TEMPLE
GERALDINE A. TEMPLE
371 Cedar Avenue

Holmes, PA 19043

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    RICHARD E TEMPLE
    GERALDINE A. TEMPLE
    371 Cedar Avenue

    Holmes, PA 19043

**Counsel for debtor(s), by electronic notice only.**
    STEPHEN V BOTTIGLIERI
    230 N MONROE ST

    MEDIA, PA 19063-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107


                                  /s/ William C. Miller

Date: 8/10/2016

                                  _____
                                  William C. Miller, Esquire
                                  Chapter 13 Standing Trustee