# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 15-17688-AMC

RICHARD E TEMPLE
GERALDINE A. TEMPLE
371 Cedar Avenue

Holmes, PA 19043

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

RICHARD E TEMPLE
GERALDINE A. TEMPLE
371 Cedar Avenue

Holmes, PA 19043

Counsel for debtor(s), by electronic notice only.

STEPHEN V BOTTIGLIERI
230 N MONROE ST

MEDIA, PA 19063-

/S/ William C. Miller

_____

William C. Miller, Esquire
Chapter 13 Standing Trustee

Date: 8/11/2016