United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Richard E Temple  
Geraldine A. Temple  
    Debtors

Case No. 15-17688-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Oct 07, 2016  
Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2016.  
13721373     BANK OF AMERICA, N.A.,    P.O. Box 31785,    Tampa, FL 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2016                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2016 at the address(es) listed below:  
         ANDREW F GORNALL     on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
         CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union cbrennan@klehr.com  
         JEFFREY KURTZMAN     on behalf of Creditor    Franklin Mint Federal Credit Union Kurtzman@kurtzmansteady.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         STEPHEN VINCENT BOTTIGLIERI    on behalf of Joint Debtor Geraldine A. Temple sbottiglieri@gillinlawoffice.com, ecfnotice@comcast.net  
         STEPHEN VINCENT BOTTIGLIERI    on behalf of Debtor Richard E Temple sbottiglieri@gillinlawoffice.com, ecfnotice@comcast.net  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER     ecfemails@ph13trustee.com, philaecf@gmail.com  
                                  TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-17688-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Richard E Temple
371 Cedar Avenue
Holmes PA 19043

Geraldine A. Temple
371 Cedar Avenue
Holmes PA 19043

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/06/2016.

Name and Address of Alleged Transferor(s):

Claim No. 13: BANK OF AMERICA, N.A., P.O. Box 31785, Tampa, FL 33631-3785

Name and Address of Transferee:

PennyMac Loan Services
P.O.Box 30597, Los Angeles, CA 90030

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    10/09/16

Tim McGrath
**CLERK OF THE COURT**