# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Richard E Temple and Geraldine A. Temple<br><br>     Debtor(s) | CHAPTER 13<br><br>BKY. NO. 15-17688 AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4717


                                        Respectfully submitted,

                                        **/s/Thomas Puleo, Esquire**
                                        Thomas Puleo, Esquire
                                        Brian C. Nicholas, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 825-6306  FAX (215) 825-6406